Commonwealth *v*. Boley, Appellant.

Before WISSLER, P. J.

Submitted December 9, 1968. *Wayne G. Hummer, Jr.*, Assistant Public Defender, for appellant; *James F. Heinly*, Assistant District Attorney, and *Clarence C. Newcomer*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v*. Borden, Appellant.

Submitted December 9, 1968. *Edgar B. Bayley*, Public Defender, for appellant; *John B. Fowler, III*, Assistant District Attorney, and *Harold E. Sheely*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: In accordance with the opinion of the Supreme Court in *Commonwealth v. Hoffman*, 426 Pa. 226, 232 A. 2d 623 (1967), the order is vacated and the record is remanded to the court below with instructions to appoint counsel to represent appellant in a post-conviction proceeding at which his eligibility for an evidentiary hearing and/or other relief may be determined. See Rule 1503(a) of Pa. R. Crim. P.